No. 97–5859. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5872. HORSMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5900. GISRIEL *v.* OCEAN CITY BOARD OF SUPERVISORS OF ELECTION ET AL. Ct. App. Md. Certiorari denied.

No. 97–5916. WILLIAMS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–5957. KUPLEN *v.* HARDY ET AL. Ct. App. N. C. Certiorari denied.

No. 97–5968. ZAIDI *v.* NORTHERN VIRGINIA HOSPITAL CORPO-RATION ET AL. Sup. Ct. Va. Certiorari denied.

No. 97–6029. HARDING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6053. KERR *v.* TEXAS. Ct. Crim. App. Tex. Certio-rari denied.

No. 97–6082. GAITHER *v.* FRENCH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 97–6179. CHAMBERS, AKA HOLMES *v.* UNITED STATES;
No. 97–6206. BATES *v.* UNITED STATES;
No. 97–6213. MILLER *v.* UNITED STATES;
No. 97–6216. WILSON *v.* UNITED STATES;
No. 97–6217. ALLEN *v.* UNITED STATES; and
No. 97–6496. RICHARDSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 116 F. 3d 1066.

No. 97–6200. MCNEILL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–6218. WILCHER *v.* MISSISSIPPI (two judgments). Sup. Ct. Miss. Certiorari denied.

No. 97–6250. ARCE *v.* UNITED STATES. C. A. 5th Cir. Cer-tiorari denied.